## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DORIS C. TOY, *et al.*,

        Plaintiffs,

vs.

STATE OF NEVADA, *et al.*,

        Defendants.

Case No.:  2:13-cv-00061-GMN-VCF

**ORDER ACCEPTING REPORT & RECOMMENDATIONS OF MAGISTRATE JUDGE CAM FERENBACH**

(ECF No. 1 – Application to Proceed *In Forma Pauperis*)

      Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered February 1, 2013.  No objections have been filed.  The Court has reviewed the pleadings on file herein, and hereby determines that Magistrate Judge Ferenbach's Recommendation with regard to ECF No. 1 should be **ACCEPTED**.

      **IT IS THEREFORE ORDERED** that Plaintiffs' Application to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED *without prejudice***.  Plaintiff s were directed to submit to the Clerk's Office the $350.00 fee for filing a civil action on or before **February 22, 2013**, or the above-captioned case would be dismissed.  That deadline has passed, and Plaintiffs have failed to pay the required filing fee.  Therefore,

      **IT IS FURTHER ORDERED** that the above- captioned case is hereby **DISMISSED**.  The Clerk of the Court is directed to close this case.

      **DATED** this 7th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge